UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

RAIMUNDO NASCIMENTO,

        Plaintiff,

- v. -                                                    Case No.: 07 CV 5468 (GEL)

ESSEX INSURANCE COMPANY, U.S.
UNDERWRITERS INSURANCE
COMPANY and THE BURLINGTON
INSURANCE COMPANY

        Defendants.

-------------------------------------------------------X

## CORPORATE DISCLOSURE STATEMENT

**MAY IT PLEASE THE COURT:**

Pursuant to Federal Rules of Civil Procedure Rule 7.1 , Essex Insurance Company ("Essex"), a non-governmental corporate party in the above-referenced matter, submits the following Corporate Disclosure Statement:

Essex is a division of Markel Corporation.

Dated: New York, New York
      July 20, 2007

                                                  Respectfully Submitted,

                                                  STEVEN J. FRIED, ESQ. (SF-3637)
                                                  **CLAUSEN MILLER, P.C.**
                                                  One Chase Manhattan Plaza, 39th Floor
                                                  New York, New York 10005
                                                  Telephone:    (212) 805-3908
                                                  Facsimile:    (212) 805-3939
                                                  *Attorneys for Essex Insurance Company*

224093.1