UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
RAIMUNDO NASCIMENTO,

                Plaintiff,

  - v. -                                      Case No.:  07 CV 5468 (GEL)

ESSEX INSURANCE COMPANY, U.S.
UNDERWRITERS INSURANCE
COMPANY and THE BURLINGTON
INSURANCE COMPANY

                Defendants.
-------------------------------------------------------X

### AFFIDAVIT OF SERVICE VIA FEDERAL EXPRESS

STATE OF NEW YORK    )
                              )  ss:
COUNTY OF NEW YORK  )

      JENNIFER EHRHARDT, being duly sworn, deposes and says that I am not a party herein, I am over eighteen years of age; that I reside in Staten Island, New York, that I am an employee of CLAUSEN MILLER P.C., One Chase Manhattan, New York, New York 10005, attorneys for Defendant, **ESSEX INSURANCE COMPANY,** that on the 20th day of July, 2007, I served the within **NOTICE OF MOTION TO DISMISS COMPLAINT, CERTIFICATION OF STEVEN J. FRIED, MEMORANDUM OF LAW IN SUPPORT AND CORPORATE DISCLOSURE STATEMENT** via Federal Express, addressed to the following person at the last known address set forth after each name:

TO:  John E. Durst, Jr. Esq.
       The Durst Law Firm
       **Attorneys for Plaintiffs**
       319 Broadway
       New York, New York 10007

       U.S. Underwriters Ins. Co.
       190 South Warner Road
       Wayne , PA 19087-2191

224122.1

- 2 -

The Burlington Insurance Co.
238 International Road
Burlington, NC 27215

*Jennifer Ehrhardt*
JENNIFER EHRHARDT

Sworn to before me this
20th day of July, 2007

*[signature]*
NOTARY PUBLIC

Jerry S. Lettieri
Notary Public, State of New York
No. 02LE6083546
Qualified in Queens County
Commission Expires Nov. 18, 2010

- 2 -

145790.1
224122.1