UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

RAIMUNDO NASCIMENTO,

Plaintiff,

- v. -

Case No.:  07 CV 5468 (GEL)

ESSEX INSURANCE COMPANY, U.S.
UNDERWRITERS INSURANCE
COMPANY and THE BURLINGTON
INSURANCE COMPANY

Defendants.

------------------------------------------------------X

## AFFIDAVIT OF SERVICE VIA FEDERAL EXPRESS

STATE OF NEW YORK     )
                      )     ss:
COUNTY OF NEW YORK    )

JENNIFER EHRHARDT, being duly sworn, deposes and says that I am not a party herein, I am over eighteen years of age; that I reside in Staten Island, New York, that I am an employee of CLAUSEN MILLER P.C., One Chase Manhattan, New York, New York 10005, attorneys for Defendant, **ESSEX INSURANCE COMPANY,** that on the 20th day of July, 2007, I served the within **NOTICE OF MOTION TO DISMISS COMPLAINT, CERTIFICATION OF STEVEN J. FRIED, MEMORANDUM OF LAW IN SUPPORT AND CORPORATE DISCLOSURE STATEMENT** via Federal Express, addressed to the following person at the last known address set forth after each name:

TO:   John E. Durst, Jr. Esq.
      The Durst Law Firm
      **Attorneys for Plaintiffs**
      319 Broadway
      New York, New York 10007

      U.S. Underwriters Ins. Co.
      190 South Warner Road
      Wayne , PA 19087-2191

224122.1

The Burlington Insurance Co.
238 International Road
Burlington, NC 27215

*Jennifer Ehrhardt*

JENNIFER EHRHARDT

Sworn to before me this
20th day of July, 2007

NOTARY PUBLIC

Jerry S. Lettieri
Notary Public, State of New York
No. 02LE6083546
Qualified in Queens County
Commission Expires Nov. 18, 2010

- 2 -

145790.1
224122.1