UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
RAIMUNDO NASCIMENTO,

                                                             Index No.: 07-05468

                    Plaintiff,

-   against –

                                               **ANSWER WITH**
ESSEX INSURANCE COMPANY, U.S. UNDERWRITERS   **COUNTERCLAIMS AND**
INSURANCE COMPANY and THE BURLINGTON              **CROSS-CLAIMS**
INSURANCE COMPANY,

                    Defendants.
------------------------------------------------------------------------X

      Defendant, U.S. UNDERWRITERS INSURANCE COMPANY ("U.S. UNDERWRITERS"), by its attorneys, MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP, hereby answers plaintiff's Complaint, ("the complaint") upon information and belief, as follows:

1. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "1" of the complaint.

2. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "2" of the complaint.

3. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "3" of the complaint.

4. Denies the allegations contained in paragraph "4" of the complaint.

5. Admits the truth of allegations contained in paragraph "5 of the complaint.

6. Admits the truth of the allegations contained in paragraph "6" of the complaint.

7. Denies the allegations contained in paragraph "7" of the complaint.