```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
RAIMUNDO NASCIMENTO,

                Plaintiff,

ESSEX INSURANCE COMPANY, U.S.
UNDERWRITERS INSURANCE COMPANY,
and THE BURLINGTON INSURANCE COMPANY,

                Defendants.
---------------------------------X
```

**STIPULATION**

Index No: 07 CV 5468



IT IS HEREBY STIPULATED AND AGREED by the attorneys for the respective parties hereto as follows:

The motion of the defendant ESSEX INSURANCE COMPANY, returnable August 13, 2007, is ~~adjourned to~~ *hereby due on* August 29, 2007.

IT IS FURTHER STIPULATED AND AGREED that an order to the above effect may be entered without further notice.

Dated:  New York, New York
        August 13, 2007

_____          _____
The Durst Law Firm                  Clausen Miller PC
319 Broadway                        One Chase Manhattan Plaza, 39th
New York, New York 10007            Floor
(212) 964-1000                      New York, NY 10005
(212) 964-1400 (Fax)                (212) 805-3940
                                    (212) 805-3939 (Fax)

SO ORDERED:

_____
Hon. Gerard E. Lynch
United States District Judge

8/27/07                              1

Attorneys for Defendant and Third-Party Plaintiff
Bridgehampton Construction Corp.
360 Merrick Road
Lynbrook, NY 11563