UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RAIMUNDO NASCIMENTO,

            Plaintiff,

            -v.-

US UNDERWRITERS INSURANCE CO.,

            Defendant.
------------------------------------------------------------x

07 Civ. 5468 (GEL)

ORDER



GERARD E. LYNCH, District Judge:

    At the September 14, 2007, conference, plaintiff moved to dismiss its complaint without prejudice against defendant. Today, defendant has informed the Court that they will not oppose this motion. On the consent of the parties, it is hereby ordered that plaintiff's motion to dismiss its complaint without prejudice against defendant is granted.

SO ORDERED.

Dated: New York, New York
       September 19, 2007

                                          GERARD E. LYNCH
                                        United States District Judge